GERALD C. BENDER (*pro hac vice admission pending*)
EVAN M. JONES (S.B. # 115827)
MICHAEL C. HEINRICHS (S.B. # 245638)
O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
Emails:  gbender@omm.com, ejones@omm.com, mheinrichs@omm.com

Attorneys for The Grande Holdings Limited

**UNITED STATES BANKRUPTCY COURT FOR**

**THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>The Grande Holdings Limited,<br><br>Debtor in a Foreign Proceeding. | Case No.  2:11-bk-41459-BB<br><br>Chapter 15<br><br>**NOTICE OF STATUS CONFERENCE RE: VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING PURSUANT TO SECTIONS 1515 AND 1517**<br><br>Date: August 2, 2011<br>Time: 10:30 a.m.<br>Place: Courtroom 1475<br>225 E. Temple Street<br>Los Angeles, California  90012 |

**PLEASE TAKE NOTICE THAT** at 10:30 a.m. on August 2, 2011, in Courtroom 1475 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, the Court shall hold a Status Conference on the Verified Petition for Recognition of Foreign Main Proceeding filed by The Grande Holdings Limited ("Grande"), seeking entry of an order recognizing the liquidation of Grande in the High Court of Hong Kong as a foreign main proceeding pursuant to Section 1517 of the

1 | Bankruptcy Code, and thereby granting related relief and additional relief pursuant to

2 | Sections 1520 and 1521(a) of the Bankruptcy Code.

3 | **PLEASE TAKE FURTHER NOTICE THAT** the Court may decide at the

4 | Status Conference to rule on the Verified Petition for Recognition if the Court determines

5 | that recognition as a foreign main proceeding presents only issues of law that do not

6 | require a further evidentiary hearing.  If an evidentiary hearing is required, the Court shall

7 | address future hearing dates and other deadlines at the Status Conference.

8 | Dated: July 25, 2011

O'MELVENY & MYERS LLP

By:    /s/ Michael C. Heinrichs
       Gerald C. Bender
       Evan M. Jones
       Michael C. Heinrichs

Attorneys for The Grande Holdings Limited